# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on July 6, 2017

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **EDWIN ABANKWA,** | : | **VIOLATIONS:** 21 U.S.C. §§ 841(a)(1) and |
| also known as "Cuz," | : | 841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine) |
| Defendant. | : | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |
| | : | (Unlawful Distribution of Heroin) |
| | : | |
| | : | **CRIMINAL FORFEITURE:** |
| | : | 21 U.S.C. §§ 853(a), (p) |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about January 3, 2017, within the District of Columbia, **EDWIN ABANKWA**, also known as "Cuz," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### **COUNT TWO**

On or about January 12, 2017, within the District of Columbia, **EDWIN ABANKWA**, also known as "Cuz," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about January 25, 2017, within the District of Columbia, **EDWIN ABANKWA**, also known as "Cuz," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about February 28, 2017, within the District of Columbia, **EDWIN ABANKWA**, also known as "Cuz," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FIVE

On or about March 17, 2017, within the District of Columbia, **EDWIN ABANKWA**, also known as "Cuz," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SIX

On or about March 23, 2017, within the District of Columbia, **EDWIN ABANKWA**, also known as "Cuz," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SEVEN

On or about April 25, 2017, within the District of Columbia, **EDWIN ABANKWA**, also known as "Cuz," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT EIGHT

On or about May 5, 2017, within the District of Columbia, **EDWIN ABANKWA**, also known as "Cuz," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT NINE

On or about July 11, 2017, within the District of Columbia, **EDWIN ABANKWA**, also known as "Cuz," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TEN

On or about August 2, 2017, within the District of Columbia, **EDWIN ABANKWA**, also known as "Cuz," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## FORFEITURE ALLEGATION

1. Upon conviction of any of the offenses alleged in Counts One through Ten, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The property subject to forfeiture includes:

> The 2010 Honda 4S, bearing Virginia license plate number VVB-9029 and VIN number 1HGCP2F45AA010793.

The United States will also seek a forfeiture money judgment against the defendant in the amount of $28,700.00.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

                                                A TRUE BILL:

                                                FOREPERSON.

Attorney of the United States in
and for the District of Columbia.